**GOMEZ TRIAL ATTORNEYS**
JOHN H. GOMEZ (171485)
jgomez@thegomezfirm.com
DEBORAH S. DIXON (248965)
ddixon@thegomezfirm.com
655 W. Broadway Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

**THE HABA LAW FIRM, P.A.**
LISA D. HABA*
lisahaba@habalaw.com
1220 Commerce Park Dr., Ste. 207
Longwood, Florida 32779
Telephone: (844) 422-2529

**DiCELLO LEVITT GUTZLER LLC**
GREG G. GUTZLER*
ggutzler@dicellolevitt.com
60 E. 42nd St., Suite 2400
New York, New York 10165
Telephone: (646) 933-1000

*Counsel for Plaintiff*
(*Pro Hac Vice Applications Pending)
Additional Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　Plaintiff,<br><br>　v.<br><br>STEVEN POWERS,<br><br>　　　Defendant. | Case No: 2:20-cv-10714-GW-PDx<br><br>**JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE AND RETAIN JURISDICTION**<br><br>Case Filed: November 24, 2020 |

Plaintiff Jane Doe and Defendant Steven Powers (collectively, the "Parties"), file this Joint Motion to Dismiss Action Without Prejudice and to Retain Jurisdiction and state as follows:

1. The Parties have reached an agreement to settle this action and have a fully executed settlement agreement (the "Settlement Agreement").

2. Therefore, the Parties jointly request this Court dismiss this action without prejudice. Pursuant to the Parties' agreement, Plaintiff and Defendant shall bear their own costs and attorneys' fees incurred in the prosecution and defense of this action.

3. Although the Parties agree that this Court shall immediately dismiss this action, without prejudice, they request the Court incorporate the terms of the Settlement Agreement in its order of dismissal, and retain jurisdiction over this matter for the purposes of enforcing the dismissal and Settlement Agreement.

4. The parties will submit a joint motion requesting a dismissal with prejudice once the terms of the Settlement Agreement are fully satisfied.

1

*Jane Doe v. Steven Powers*, Case No. 2:20-CV-10714-DDP (PDX)
JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE AND RETAIN JURISDICTION

| | | | |
|---|---|---|---|
| 1 | Dated: September 20, 2021 | By: | /s/ Deborah S. Dixon |
| 2 | | | Deborah S. Dixon |
| 3 | | | **GOMEZ TRIAL ATTORNEYS** |
| 4 | | | Greg G. Gutzler* |
| 5 | | | **DICELLO LEVITT GUTZLER LLC** |
| 6 | | | Lisa D. Haba* |
| 7 | | | **THE HABA LAW FIRM, P.A.** |
| 8 | | | * *Pro Hac Vice* applications pending |
| 9 | | | *Attorneys for Plaintiff* |
| 10 | | | |
| 11 | Dated: September 20, 2021 | By: | [signature] |
| 12 | | | Steven M Powers |
| 13 | | | *Pro Se Defendant* |

1

Jane Doe v. Steven Powers, Case No. 2:20-CV-10714-DDP (PDX)
JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE AND RETAIN JURISDICTION